UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA SMITH,

              Plaintiff,

- against -

TD BANK USA, NATIONAL ASSOCIATION, ET AL.,

              Defendants.

21-cv-2742 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) Report by 4/23/21.

SO ORDERED.

Dated: New York, New York
April 20, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-21
```